UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL REED DORROUGH, | ) | 1:07-CV-01771 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | |
| v. | ) | [Doc. #3] |
| | ) | |
| | ) | |
| M. RUFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2008, the undersigned issued a Findings and Recommendation that recommended the petition be dismissed for failure to allege grounds that would entitle Petitioner to relief. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On January 24, 2008, Petitioner timely filed objections to the Findings and Recommendation. Petitioner argues his petition in fact challenges the fact or duration of his confinement because his placement in the Secured Housing Unit ("SHU") precludes him from participating in programs

1  which would shorten his sentence. He further argues his classification as a gang member or associate
2  gang member guarantees he will never be considered for release from prison. In light of his
3  objections, it appears Petitioner's claims may be cognizable in a habeas corpus action.
4        Accordingly, the Findings and Recommendation issued January 4, 2008, are hereby
5  VACATED.
6  IT IS SO ORDERED.

7  **Dated:   February 13, 2008**            **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE