UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL REED DORROUGH, | ) | 1:07-CV-01771 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #11] |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND DISMISSING |
| | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| M. RUFF, et al., | ) | [Doc. #9] |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 2, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition be GRANTED and the petition be DISMISSED with prejudice for failure to allege a cognizable claim for relief. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1    On June 18, 2008, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  In the objections, Petitioner argues that his continued confinement in the SHU will lengthen his sentence because it will be considered in making parole decisions and he cannot earn good time credits.  As explained by the Magistrate Judge, a civil rights action pursuant to 42 U.S.C. § 1983 is proper "where success in the action would not necessarily spell immediate or speedier release for the prisoner." Wilkinson v. Dotson, 544 U.S. 74, 81 (2005); Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir.2003).   Here, while Petitioner hopes success in this action will help bring about his earlier release, habeas relief is not required.   There is no need to modify the Findings and Recommendations based on the points raised in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 2, 2008, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss the petition is GRANTED;
3. The Clerk of the Court is DIRECTED to send Petitioner the court's standard form for a prisoner civil rights action.
4. The Petition for Writ of Habeas Corpus is DISMISSED WITHOUT  PREJUDICE;
5. In this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir.2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005) (per curiam). As the target of Petitioner's habeas petition is an administrative disciplinary decision, not a state court proceeding, no COA is necessary. Rosas, 428 F.3d at 1232.

IT IS SO ORDERED.

**Dated:   August 4, 2008**            /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE